**EXHIBIT 1:** INFRINGEMENT #1

URL: https://www.facebook.com/watch/?v=405353018463556



**EXHIBIT 1:** INFRINGEMENT #2

URL: https://www.instagram.com/reel/Cjkeztkvfjf/?hl=en

