**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

WATSON MUSIC GROUP, LLC D/B/A
QUADRASOUND MUSIC,

      Plaintiff,

v.

NEXSTAR MEDIA GROUP INC.,

      Defendant.

**CIVIL ACTION NO. 3:24-CV-03009-D**

**JOINT STIPULATION TO FILE AMENDED COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED** by Defendant, Nexstar Media Group, Inc. ("Defendant") and Plaintiff, Watson Music Group, LLC ("Plaintiff") (collectively the "Parties"), subject to the approval of the Court, that Plaintiff will file an Amended Complaint, as attached hereto as Exhibit A, that will supersede the Complaint that was filed on December 2, 2024 and Defendant shall answer or otherwise respond to the Amended Complaint within 14 days after it is filed. The Purpose of the Amended Complaint is solely to correct a misidentification of the allegedly infringed Musical Work.

**Pursuant to LR 11.1, undersigned counsel has confirmed with Plaintiff, via email correspondence, that they have authority to include Plaintiff's counsel's electronic signature below.**

Dated: February 24, 2026,      Respectfully submitted,

/s/ *James H. Freeman* /
James H. Freeman
Sanders Law Group
333 Earle Ovington Boulevard, Ste 402
Uniondale, NY 11553
516-203-7600
Fax: 516-203-7601
Email: jfreeman@sanderslaw.group

**ATTORNEYS FOR PLAINTIFF
WATSON MUSIC GROUP, LLC**

/s/ *Tracy J. Carson*
Tracy J. Carson
tcarson@munckwilson.com
State Bar No. 24101600
MUNCK WILSON MANDALA, LLP
2000 McKinney Ave., Suite 1900
Dallas, Texas 75201
Telephone: (972) 628-3642

Jenifer C. Wallis
Admitted in the Northern District of Texas
jwallis@munckwilson.com
MUNCK WILSON MANDALA, LLP
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 286-0377
Facsimile:  (972) 628-3616

**ATTORNEYS FOR DEFENDANT,
NEXSTAR MEDIA GROUP, INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that, on February 24, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document

/s/ *James H. Freeman /*