**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| WATSON MUSIC GROUP, LLC<br>D/B/A QUADRASOUND MUSIC,<br><br>Plaintiff,<br><br>v.<br><br>NEXSTAR MEDIA GROUP INC.,<br><br>Defendant. | §<br>§  Case No: 3:24-cv-03009-D<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

<u>**NOTICE OF SETTLEMENT**</u>

TO THE HONORABLE SIDNEY A. FITZWATER (U.S.D.J.)

**MAY IT PLEASE THE COURT,** plaintiff WATSON MUSIC GROUP, LLC D/B/A QUADRASOUND MUSIC ("Plaintiff") respectfully notifies the Court that the parties have reached a settlement in principle pending their negotiation of a final settlement agreement.  We therefore respectfully request that the Court adjourn all pending dates, and grant the parties forty-five (45) days to consummate their transaction before filing a Stipulation of Dismissal. No other dates will be impacted by this request.  Defendant Nexstar Media Group, Inc. consents to the filing of this Notice.

Respectfully submitted,

**SANDERS LAW GROUP**

/s/*James H. Freeman/*
James H. Freeman, Esq.
NY State Bar No.: 4001533
333 Earle Ovington Blvd., Ste. 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: jfreeman@sanderslaw.group

## CERTIFICATE OF SERVICE

Undersigned hereby certifies that a true and correct copy of the foregoing Notice of Settlement was served on all counsel of record via CM/ECF on March 14, 2026.


/s/jameshfreeman/
James H. Freeman