**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| WATSON MUSIC GROUP LLC d/b/a QUADRASOUND MUSIC | § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 3:24-cv-03009-D |
| vs. | § § | |
| NEXSTAR BROADCASTING, INC., | § § § | |
| *Defendant.* | § § § | |

**STIPULATION OF DISMISSAL OF CIVIL ACTION
WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Watson Music Group LLC, and counsel for Defendant Nexstar Media Inc. d/b/a Nexstar Broadcasting, Inc. that the parties have reached a settlement and that all claims asserted in the above-referenced action are dismissed with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), each party to bear its own costs, expenses and attorney's fees.

| | |
|---|---|
| James H. Freeman | Jenifer Wallis |
| SANDERS LAW GROUP | MUNCK WILSON MANDALA LLP |
| 333 Earle Ovington Blvd., Ste. 402 | 1925 Century Park East, Ste. 2300 |
| Uniondale, New York 11553 | Los Angeles, CA 90067 |
| Telephone: (516) 503-7600 | Telephone: (310) 855-3311 |
| jfreeman@sanderslaw.group | jwillis@munckwilson.com |
| | |
| Dated: April 28, 2026 | Dated:  April 28, 2026 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**SO ORDERED:**

_____
Hon. Sidney A. Fitzwater (U.S.D.J.)